**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States Courts
Southern District of Texas
F I L E D

| | | |
|---|---|---|
| KAWA FOAD, ESQ., | § | |
| | § | JUL 2 2 2026 |
| *Plaintiff,* | § | |
| | § | Nathan Ochsner, Clerk of Court |
| v. | § | Civil Action No. 4:26-cv-05348 |
| | § | |
| THE HARRIS-GALVESTON | § | |
| SUBSIDENCE DISTRICT, et al., | § | |
| | § | |
| *Defendants.* | § | |

**PLAINTIFF'S MOTION FOR PERMISSION TO REGISTER FOR AND FILE
ELECTRONICALLY THROUGH CM/ECF**

Plaintiff Kawa Foad, Esq., appearing *pro se*, respectfully moves the Court for permission to register as a user of the Court's Case Management/Electronic Case Files ("*CM/ECF*") system and to file, serve, and receive service of documents electronically in this action,[1] and in support states:

1. Under Federal Rule of Civil Procedure 5(d)(3)(B)(i), a person not represented by an attorney "may file electronically only if allowed by court order or by local rule." Under this Court's local rules and Administrative Procedures for Electronic Filing, unrepresented parties file conventionally unless the Court grants leave to use CM/ECF.

2. Although Plaintiff appears on his own behalf, he is not an inexperienced filer. Plaintiff is an attorney licensed and in good standing in the State of Florida (Fla. Bar No. 1005257), is the principal of Kawa Foad Law Group, P.A. in Miami, Florida, maintains an active PACER account, and is experienced in electronic filing and service through CM/ECF in courts of the United States.

---

[1] Plaintiff takes this early opportunity to thank the Court and the Clerk's staff for their courtesy and prompt attention in the opening and docketing of this case. Separately, and in response to the Clerk's Notice Regarding Consent to Jurisdiction of a Magistrate Judge (Dkt. 3), Plaintiff respectfully elects—as 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73 entitle him to do, and with no disrespect whatsoever intended toward the Magistrate Judges of this District—to proceed before the District Judge assigned to this action. Plaintiff understands that no further action on the consent form is necessary, and he will of course comply fully with any referral of pretrial matters under 28 U.S.C. § 636(b).

3. Good cause supports the relief requested. Plaintiff resides and practices in Miami, Florida, approximately one thousand miles from the Houston courthouse. Requiring conventional paper filing by mail or personal delivery would impose delay and expense, risk the loss of filing dates, and burden the Clerk with scanning and docketing that electronic filing avoids. Electronic filing will also ensure that Plaintiff receives immediate notice of all filings and orders through the Notice of Electronic Filing, promoting the just, speedy, and inexpensive determination of this action. Fed. R. Civ. P. 1.

4. If granted leave, Plaintiff will comply with all requirements applicable to CM/ECF users, including this Court's local rules and Administrative Procedures for Electronic Filing, the redaction and privacy requirements of Federal Rule of Civil Procedure 5.2, and any registration or training the Clerk requires; will maintain a current e-mail address of record; and will promptly review all notices of electronic filing in this action.

5. This motion is made in good faith and not for delay. No defendant has yet appeared, and no party will be prejudiced by the relief requested; a certificate of conference is therefore respectfully submitted to be unnecessary.

6. Plaintiff further respectfully advises the Court that he intends to file a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1). Granting electronic-filing access will allow that pleading, and all subsequent filings, to reach the docket promptly and in the form most convenient for the Court and the Clerk.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order (a) granting Plaintiff permission to register for and use CM/ECF to file and to receive service of documents electronically in this action, and (b) directing the Clerk to activate Plaintiff's electronic-filing privileges upon his completion of any required registration. A proposed order is submitted herewith.

Dated: July 20, 2026

Respectfully submitted,

/s/ **Kawa Foad**, Esq.
Plaintiff, *Pro Se*
Florida Bar No. 1005257
Kawa Foad Law Group, P.A.
1000 Brickell Avenue, Suite 715
Miami, Florida 33131
Telephone: (561) 291-0518
Email: kfoad@kf-law.com