United States District Court
Southern District of Texas

**ENTERED**

July 22, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| KAWA FOAD, ESQ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-5348 |
| | § | |
| THE HARRIS-GALVESTON | § | |
| SUBSIDENCE DISTRICT, *et al.* | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Plaintiff has filed a Motion to File Electronically. Plaintiff, who is proceeding pro se in this case, has asked for permission to use the Court's electronic filing system to file documents in this case. The motion is granted solely for filing in this case, with the permission terminating at the end of this case. Plaintiff must complete any required registration necessary to obtain electronic filing privileges located at: https://pacer.uscourts.gov/register-accotmt/non-attomey-filers-cmecf .

Once registered, the Clerk will provide Plaintiff access to the CM/ECF system for purpose of filing pleadings in this case only. Plaintiff will not have the ability to file documents in any other case other than the above-styled case and will not have the ability to file a new case using the CM/ECF system. Plaintiff is notified that upon being registered to receive electronic notices, the Clerk will no longer mail hard copies of docket entries to Plaintiff. It is Plaintiff's responsibility to monitor the email address registered with the Clerk and to monitor this case docket to be informed of all activity in this case.

Plaintiff is cautioned that the court may revoke this privilege to use the electronic filing system at any time. By accepting this privilege, Plaintiff agrees to the following conditions:

1. Plaintiff will maintain familiarity with the technical and procedural requirements as they are adopted by the court.
2. Use of Plaintiff's login and password constitutes their signature on documents filed electronically for purposes of the Federal Rules of Civil Procedure.

3. Plaintiff is responsible for all use of his or her login and password, whether authorized or not.

4. By registering, Plaintiff consents to electronic service of documents and notices through the Court's Electronic Case Filing System and waives service by other means.

Plaintiff may electronically file all documents in this case, subject to revocation by the court should they misfile documents, use improper ECF event codes, or for other reasons that the court finds sufficient for revocation.

SIGNED on July 22, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge

2