UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAWA FOAD, Esq., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action 4:26-cv-005348 |
| | § | |
| THE HARRIS-GALVESTON SUBSIDENCE DISTRICT, et al, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE LEE H. ROTHENTHAL:

Pursuant to this Court's July 8, 2026, Order [ECF 2], Defendants Graves Dougherty, Hearon & Moody, P.C., Natasha J. Martin, and Bobby M. Salehi provide the following list of those persons known to be financially interested in the outcome of this litigation.

1. Plaintiff Kawa Foad.
2. Defendant Graves, Dougherty, Hearon & Moody, P.C. GDHM is a Texas professional corporation with no corporate parents, subsidiaries, or affiliates and is not publicly traded.
3. Defendant Natasha J. Martin.
4. Defendant Bobby M. Salehi.
5. Defendant The Harris-Galveston Subsidence District, a Texas governmental entity.
6. Defendant Michael Turco.
7. Defendant Dylan P. Jones.
8. Defendant Brian Ladd.
9. Defendant Kyle Sears.

10. Defendant Alan P. Petrove.

11. Defendant Helen Steward Truscott.

12. Defendant Gregory M. Ellis.

13. GM Ellis Law, PC. Upon information and belief, this defendant is a Texas professional corporation with no parents, subsidiaries, or affiliates and is not publicly traded.

14. Defendant Lori J. Robinson.

15. Defendant Gunnar P. Seaquist.

16. Defendant Bickerstaff Heath Delgado Acosta LLP. Upon information and belief, this defendant is a Texas limited liability partnership with no parents, subsidiaries, or affiliates and is not publicly traded.

Respectfully submitted,

By: */s/ Peter D. Kennedy*

Peter D. Kennedy
Attorney-in-Charge
Texas Bar No. 11296650
SDTX Bar Number 17987
pkennedy@gdhm.com
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
(512) 480-5764
(512) 480-9908 (Fax)

**Attorneys for Defendants Graves, Dougherty, Hearon & Moody, P.C., Natasha J. Martin and Bobby M. Salehi**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2026, a true and correct copy of the foregoing document was served via the Court's CM/ECF electronic filing system on the following:

Kawa Foad
KF Law
1000 Brickell Ave., Suite 715
Miami, Florida 33131
***Plaintiff pro se***

*/s/ Peter D. Kennedy*
Peter D. Kennedy