.

**United States District Court for the Southern District of Texas, Houston Division**
*Kawa Foad, Esq. v. The Harris-Galveston Subsidence District, et al.* Civil Action No. 4:26-cv-05348 — Judge Lee H. Rosenthal

**WAIVER OF THE SERVICE OF SUMMONS**

To: Kawa Foad, Esq., Plaintiff Pro Se

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent (Helen Stewart Truscott, Esq., in her official and individual capacities), agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from July 24, 2026, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: August 21, 2026

Signature of the attorney or unrepresented party: /s/ Helen Stewart Truscott

Printed name of party waiving service of summons: Helen Stewart Truscott

Printed name of signer: Helen Stewart Truscott

Address: P O Box 61, Dickinson, Texas 77539

E-mail address: hstlaw@msn.com Telephone

number: 281.433.1584

*(Attach additional documents if needed.)*