**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| KAWA FOAD, ESQ., | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-05348 |
| | § | |
| THE HARRIS-GALVESTON SUBSIDENCE DISTRICT, et al., | § | Judge Lee H. Rosenthal |
| | § | |
| | § | |
| | § | |
| ***Defendants.*** | | |

**PLAINTIFF'S NOTICE OF ERRATA REGARDING HIS VERIFIED FIRST AMENDED COMPLAINT (ECF NO. 6)**

**TO THE HONORABLE LEE H. ROSENTHAL, UNITED STATES DISTRICT JUDGE:**

Plaintiff KAWA FOAD, ESQ. ("***Plaintiff***"), appearing *pro se*, files this Notice of Errata to correct scrivener's errors in Plaintiff's Verified First Amended Complaint (ECF No. 6) (the "***FAC***"), none of which alters the substance of any allegation or claim, and respectfully states as follows:

1. **The name of Defendant Bobby M. Salehi.** The caption of the FAC, the heading of Count VII, and paragraphs 26, 27, 132, 148, 150–151, 154–156, 158, 162–163, 176, 183, 190, 232, 259, and 265–266 thereof refer to Defendant Bobby M. Salehi, Esq. as "Bobby Saleh, Esq." or "Saleh." As reflected in the Rule 12(b)(6) Motion to Dismiss filed on August 24, 2026 (ECF No. 10), that Defendant's correct name is Bobby M. Salehi. The misspelling was inadvertent, and Defendant Salehi has appeared through counsel and responded to the FAC without any suggestion of confusion as to his identity. ECF No. 10 at 1, 22. Each such reference should be read as a reference to Defendant BOBBY M. SALEHI, ESQ., and Plaintiff respectfully requests that the Clerk conform the docket accordingly.
2. **The date of the verification.** The verification on page 71 of the FAC reads "Executed on this 24st day of July 2026." It should read "Executed on this 24th day of July 2026." The FAC was executed and filed on July 24, 2026, as the docket reflects.
3. **Paragraph 6.** The final word of paragraph 6, "respectively," is followed by a comma; it should be followed by a period.

4. **Paragraph 8.** The sentence reading "Truscott closed the Contested Hearing, which gives rise to a number of the claims advanced herein, is no longer ongoing as she closed the proceeding, and remanded the matter" should read: "Truscott closed the Contested Hearing—which gives rise to a number of the claims advanced herein and is no longer ongoing—and remanded the matter."

5. **Paragraph 14.** "At all materials times" should read "At all material times."

6. **Paragraph 16(i).** "who is responsible running HGSD's day-to-day operations" should read "who is responsible for running HGSD's day-to-day operations."

7. **Paragraph 16(v)(b).** "pursuant to the Texas Public, like Defendants" should read "pursuant to the Texas Public Information Act, like Defendants."

8. **Paragraph 42.** "asks questions" should read "ask questions."

9. **Footnote 9 (to paragraph 47).** "Later on, in on early October 2025, Martin subsequently 'switched sides' in terms representation" should read "Later, in early October 2025, Martin 'switched sides' in terms of representation."

10. **Footnote 11 (to paragraph 52).** "see also See Simmons v. Kuzmich" should read "see also Simmons v. Kuzmich."

11. **Paragraph 78.** "more decisive action being taking" should read "more decisive action being taken."

12. **Footnote 14 (to paragraph 88).** "as well as the Boad to rule on it" should read "as well as the Board to rule on it."

13. **Paragraph 114.** "The document misspells twice refers to a nonexistent 'Well No. 3603,'" should read "The document twice refers to a nonexistent 'Well No. 3603,'".

14. **Footnote 29 (to paragraph 236).** The reference to "the Bar Order" should read "the Disqualification Ruling," the term defined in paragraph 4(ii).

15. **Paragraph 5 and the verification.** The references to "this Verified Complaint" and "the foregoing Verified Complaint" refer to the Verified First Amended Complaint (ECF No. 6).

Each correction above is a scrivener's error of form only. None changes the substance of the FAC's allegations, the parties, the claims, or the relief sought, and none prejudices any Defendant, each of whom has had the FAC since service. Plaintiff will conform the caption and the corrected text in any subsequent pleading, and respectfully requests that the Court and the parties read the FAC as corrected herein.

Dated: September 14, 2026

Respectfully submitted,

/s/ Kawa Foad
**KAWA FOAD, ESQ.**
Florida Bar No. 1005257
Kawa Foad Law Group, P.A. d/b/a KF Law
1000 Brickell Avenue, Suite 715
Miami, Florida 33131
Telephone: (561) 291-0518
kfoad@kf-law.com
*Plaintiff, pro se*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, a true and correct copy of the foregoing Notice was served on all counsel of record via the Court's CM/ECF system, and by electronic mail on all parties who have consented in writing to service by electronic means.

/s/ Kawa Foad
Kawa Foad, Esq.