**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| KAWA FOAD, ESQ., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-05348 |
| | § | |
| THE HARRIS-GALVESTON SUBSIDENCE DISTRICT, et al., | § | Judge Lee H. Rosenthal |
| | § | |
| | § | |
| | § | |
| Defendants. | | |

**ORDER DENYING THE GDHM DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS**

Before the Court is the Rule 12(b)(6) Motion to Dismiss First Amended Complaint (ECF No. 10) filed by Defendants Graves, Dougherty, Hearon & Moody, P.C., Natasha J. Martin, and Bobby M. Salehi (the "GDHM Defendants"). Having considered the Motion, Plaintiff's Response in Opposition, any reply, the pleadings, and the applicable law, the Court finds that the Motion should be DENIED.

It is therefore ORDERED that the GDHM Defendants' Rule 12(b)(6) Motion to Dismiss (ECF No. 10) is DENIED in its entirety.

It is further ORDERED that the GDHM Defendants shall file their answer to Plaintiff's First Amended Complaint (ECF No. 6) within fourteen (14) days of the entry of this Order, as provided by Federal Rule of Civil Procedure 12(a)(4)(A).

SIGNED on this _____ day of ____________________, 2026, at Houston, Texas.

____________________________________
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE