UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAWA FOAD, ESQ., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-cv-05348 |
| | § | |
| THE HARRIS-GALVESTON SUBSIDENCE DISTRICT, ET AL., | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Having considered defendant Helen Stewart Truscott's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim Upon Which Relief Can Be Granted, the Court hereby finds that the Motion should be and hereby is GRANTED. It is, therefore,

ORDERED that all claims asserted against defendant Helen Stewart Truscott in the above-referenced cause are hereby DISMISSED WITH PREJUDICE to refiling of same. It is further

ORDERED that all attorney fees, expenses, and court costs shall be borne by the party incurring same. All other relief not expressly granted herein is DENIED.

It is so ORDERED.

SIGNED this ___ day of ________________, 202__.

______________________________________
The Honorable Lee H. Rosenthal
Senior United States District Judge