**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KAWA FOAD, Esq.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.: 4:26-cv-005348** |
| | § | |
| **THE HARRIS-GALVESTON** | § | |
| **SUBSIDENCE DISTRICT; et al.,** | § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE

NOW COMES, **Gunnar P. Seaquist,** Defendant in the above-numbered and styled action and enters an appearance on his own behalf for purposes of e-filing and receiving notice in this matter. Steven H. Weller remains lead counsel on behalf of this Defendant.

Respectfully submitted,

BICKERSTAFF HEATH
DELGADO ACOSTA LLP
Two Barton Skyway
1601 S. Mopac Expressway
Suite C400
Austin, Texas 78746
(512) 472-8021
(512) 320-5638 FAX

By:*/s/ Gunnar P. Seaquist*
GUNNAR P. SEAQUIST
State Bar No. 24043358
Southern Dist. Bar No. 1140733
gseaquist@bickerstaff.com

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document was served upon the *Pro-se* Plaintiff via CM/ECF, email, and or regular mail on September 22, 2026.

Kawa Foad
KF Law
1000 Brickell Ave., Ste. 715
Miami, FL 33131

*Gunnar P. Seaquist*
Gunnar P. Seaquist