**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KAWA FOAD, Esq.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.: 4:26-cv-005348** |
| | § | |
| **THE HARRIS-GALVESTON** | § | |
| **SUBSIDENCE DISTRICT; et al.,** | § | |
| **Defendants.** | § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED JOINT MOTION TO STAY DISCOVERY AND ENTRY OF A JOINT DISCOVERY/CASE MANAGEMENT PLAN AND RULE 16 SCHEDULING ORDER**

On this day, the Court considered the *Unopposed Joint Motion to Stay Discovery and Entry of a Joint Discovery/Case Management Plan and Rule 16 Scheduling Order* of Defendants Graves, Dougherty, Hearon & Moody, PC, Natasha J. Martin, Esq., Bobby M Salehi, Esq., Helen Steward Truscott, Esq., Lori J. Robinson, Esq., Gunnar P. Seaquist, Esq., and Bickerstaff Heath Delgado Acosta, LLP. ECF 19.

Upon considering the Motion of Defendants and the relevant pleadings, and arguments of counsel, the Court believes that good cause exists to grant the Motion. ECF 19.

IT IS THEREFORE ORDERED that the Defendant's Motion to Stay Discovery is, *Unopposed Joint Motion to Stay Discovery and Entry of a Joint Discovery/Case Management Plan and Rule 16 Scheduling Order* is GRANTED; it is further

ORDERED that discovery in this case is STAYED and that the Court's order for pre-trial work, ECF 2, and Rule 16 Scheduling Order Conference are hereby VACATED until further order of the Court.

So ordered.

SIGNED on this __________day of ________________, 2026.

______________________________________
HON. LEE H. ROSENTHAL