UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAWA FOAD, ESQ., *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 4:26-cv-05348 |
| THE HARRIS-GALVESTON SUBSIDENCE DISTRICT, ET AL., *Defendants*. | § | |

**DEFENDANT HELEN STEWART TRUSCOTT'S**
**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to the Court's Order Scheduling the Rule 16 Conference With the Court and Setting Out the Court's Requirements for Initial Pretrial Work [Dkt. 2], defendant Helen Stewart Truscott, Esq. certifies that, to the best of her personal knowledge, she is aware of no persons, associations, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, other than the named parties and their respective attorneys. Ms. Truscott further certifies that plaintiff Kawa Foad, Esq. may be aware of additional parties, including his client(s) in the proceedings giving rise to this lawsuit, but that such information is outside of Ms. Truscott's verifiable knowledge.

**DRUMHELLER, HOLLINGSWORTH & MONTHY, LLP**

/s/ *Jeremy T. Monthy*
Jeremy T. Monthy, *Attorney-in-Charge*
State Bar No. 24073240
Federal I.D. No. 1115582
Kathleen C. Laird
State Bar No. 24132063
Federal I.D. No. 3844989
712 Main Street, Suite 1705
Houston, Texas 77002

Telephone: (713) 751-2300
Facsimile: (713) 751-2310
Emails: jmonthy@dhmlaw.com
klaird@dhmlaw.com

**ATTORNEYS FOR DEFENDANT HELEN STEWART TRUSCOTT, ESQ.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties, including:

Kawa Foad, Esq.
KF Law
1000 Brickell Ave., Suite 715
Miami, FL 33131
Email: kfoad@kf-law.com

*Pro se Plaintiff*

/s/ *Jeremy T. Monthy*
Jeremy T. Monthy