**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

Kawa Foad, Esq

v. Case Number: 4:26−cv−05348

The Harris−Galveston Subsidence
District, et al.

---

**Notice of Resetting**

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Lee H Rosenthal**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 11/30/2026

**TIME:** 03:30 PM

**TYPE OF PROCEEDING:** Initial Conference

---

Date: October 7, 2026 Nathan Ochsner, Clerk