**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| KAWA FOAD, ESQ., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-05348 |
| | § | |
| THE HARRIS-GALVESTON SUBSIDENCE DISTRICT, et al., | § | Judge Lee H. Rosenthal |
| | § | |
| | § | |
| | § | |
| Defendants. | | |

**ORDER DENYING DEFENDANT HELEN STEWART TRUSCOTT'S MOTION TO DISMISS**

Before the Court is the Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim Upon Which Relief Can Be Granted (ECF No. 16) filed by Defendant Helen Stewart Truscott, Esq. Having considered the Motion, Plaintiff's Response in Opposition, any reply, the pleadings, and the applicable law, the Court finds that the Motion should be DENIED.

It is therefore ORDERED that Defendant Truscott's Motion to Dismiss (ECF No. 16) is DENIED.

It is further ORDERED that Defendant Truscott shall file her answer to Plaintiff's First Amended Complaint (ECF No. 6) within fourteen (14) days of the entry of this Order, as provided by Federal Rule of Civil Procedure 12(a)(4)(A).

SIGNED on this _____ day of ____________________, 2026, at Houston, Texas.

____________________________________
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE