**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| KAWA FOAD, ESQ., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-05348 |
| | § | |
| THE HARRIS-GALVESTON SUBSIDENCE DISTRICT, et al., | § | Judge Lee H. Rosenthal |
| | § | |
| | § | |
| | § | |
| Defendants. | | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS ROBINSON, SEAQUIST, AND BICKERSTAFF HEATH DELGADO ACOSTA LLP'S MOTION TO DISMISS (ECF NO. 17)**

Before the Court is Plaintiff's Motion for Extension of Time to Respond to Defendants Robinson, Seaquist, and Bickerstaff Heath Delgado Acosta LLP's Motion to Dismiss (ECF No. 17). Having considered the Motion and the applicable law, the Court finds that good cause exists under Federal Rule of Civil Procedure 6(b)(1)(A) and that the Motion should be GRANTED.

It is therefore ORDERED that Plaintiff's deadline to respond to the Motion to Dismiss filed by Defendants Lori J. Robinson, Gunnar P. Seaquist, and Bickerstaff Heath Delgado Acosta LLP (ECF No. 17) is extended through and including **October 20, 2026**, and that the submission date of that Motion is correspondingly extended to October 20, 2026.

SIGNED on this _____ day of ____________________, 2026, at Houston, Texas.

____________________________________
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE