**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| KAWA FOAD, ESQ., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-05348 |
| | § | |
| THE HARRIS-GALVESTON SUBSIDENCE DISTRICT, et al., | § | Judge Lee H. Rosenthal |
| | § | |
| | § | |
| | § | |
| Defendants. | | |

**ORDER DENYING DEFENDANTS ROBINSON, SEAQUIST, AND BICKERSTAFF HEATH DELGADO ACOSTA LLP'S MOTION TO DISMISS**

Before the Court is the Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 17) filed by Defendants Lori J. Robinson, Gunnar P. Seaquist, and Bickerstaff Heath Delgado Acosta LLP. Having considered the Motion, Plaintiff's Response in Opposition, any reply, the pleadings, and the applicable law, the Court finds that the Motion should be DENIED.

It is therefore ORDERED that the Motion to Dismiss (ECF No. 17) is DENIED.

It is further ORDERED that Defendants Robinson, Seaquist, and Bickerstaff Heath Delgado Acosta LLP shall file their answer to Plaintiff's First Amended Complaint (ECF No. 6) within fourteen (14) days of the entry of this Order, as provided by Federal Rule of Civil Procedure 12(a)(4)(A).

SIGNED on this _____ day of ____________________, 2026, at Houston, Texas.

____________________________________
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE