**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| KAWA FOAD, ESQ., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-05348 |
| | § | |
| THE HARRIS-GALVESTON SUBSIDENCE DISTRICT, et al., | § | Judge Lee H. Rosenthal |
| | § | |
| | § | |
| | § | |
| Defendants. | | |

**JOINT STIPULATION REGARDING PLAINTIFF'S RESPONSE TO DEFENDANTS ROBINSON, SEAQUIST, AND BICKERSTAFF HEATH DELGADO ACOSTA LLP'S MOTION TO DISMISS (ECF NO. 17), AND NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE LEE H. ROSENTHAL, UNITED STATES DISTRICT JUDGE:

Plaintiff KAWA FOAD, ESQ. ("***Plaintiff***"), proceeding *pro se*, and Defendants LORI J. ROBINSON, GUNNAR P. SEAQUIST, and BICKERSTAFF HEATH DELGADO ACOSTA LLP (collectively, the "***Bickerstaff Defendants***"), through their undersigned counsel, file this Joint Stipulation pursuant to Paragraph 7 of the Court's Procedures, and stipulate and agree as follows:

1. The Bickerstaff Defendants filed their Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 17) (the "***Motion***") on September 22, 2026. Under Local Rules 7.3 and 7.4(A), the Motion's submission date, and the deadline for Plaintiff's response, was October 13, 2026.

2. Plaintiff filed his Response in Opposition to the Motion, with a proposed order, on October 14, 2026 (ECF 25). The parties stipulate and agree that Plaintiff's Response is deemed timely filed.

3. The parties further stipulate and agree that the Bickerstaff Defendants may file any reply in support of the Motion on or before **Friday, October 23, 2026**, and that the submission date of the Motion is extended to October 23, 2026, in accordance with Paragraph 7 of the Court's Procedures. Written notice of this agreement is being provided to the Case Manager contemporaneously with this filing.

4. In light of this Stipulation, Plaintiff's Motion for Extension of Time to Respond to the Motion, filed on the night of October 13, 2026 and docketed on October 14, 2026, is moot. Plaintiff hereby gives notice that the Motion for Extension of Time is **WITHDRAWN**.

5. This Stipulation does not require leave of Court under Paragraph 7 of the Court's Procedures. Should the Court prefer to enter an order, a proposed Agreed Order is submitted herewith.

Dated: October 14, 2026
AGREED AND STIPULATED:

/s/ Kawa Foad
**KAWA FOAD, ESQ.**
Florida Bar No. 1005257
Kawa Foad Law Group, P.A. d/b/a KF Law
1000 Brickell Avenue, Suite 715
Miami, Florida 33131
Telephone: (561) 291-0518
kfoad@kf-law.com
*Plaintiff, pro se*

/s/ Steven H. Weller (signed by permission)
**STEVEN H. WELLER**
State Bar No. 24039235; Southern Dist. Bar No. 2943704
SARA LABASHOSKY, State Bar No. 24129467
CANON P. HILL, State Bar No. 24140247
Bickerstaff Heath Delgado Acosta LLP
1601 S. MoPac Expressway, Suite C400, Austin, Texas 78746
(512) 472-8021
*Counsel for Defendants Lori J. Robinson, Gunnar P. Seaquist, and Bickerstaff Heath Delgado Acosta LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2026, a true and correct copy of the foregoing Joint Stipulation and the accompanying proposed Agreed Order was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Kawa Foad, Esq.