**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KAWA FOAD, ESQ.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-05348 |
| | § | |
| **THE HARRIS-GALVESTON SUBSIDENCE DISTRICT, et al.,** | § | Judge Lee H. Rosenthal |
| | § | |
| | § | |
| Defendants. | § | |

**[PROPOSED] AGREED ORDER**

Before the Court is the Joint Stipulation of Plaintiff Kawa Foad, Esq. and Defendants Lori J. Robinson, Gunnar P. Seaquist, and Bickerstaff Heath Delgado Acosta LLP (the "Bickerstaff Defendants") regarding Plaintiff's Response to the Bickerstaff Defendants' Motion to Dismiss (ECF No. 17).

In accordance with the parties' agreement, it is hereby,

ORDERED that Plaintiff's Response in Opposition to the Motion to Dismiss (ECF No. 17), filed October 14, 2026, is deemed timely filed; it is further

ORDERED that the Bickerstaff Defendants may file any reply in support of the Motion on or before October 23, 2026, and that the submission date of the Motion is extended to October 23, 2026; and it is further

ORDERED that Plaintiff's Motion for Extension of Time to Respond to the Motion to Dismiss is WITHDRAWN as moot.

SIGNED on this _____ day of ____________________, 2026, at Houston, Texas.

LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE