United States District Court
Southern District of Texas
**ENTERED**
October 19, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| KAWA FOAD, ESQ, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-26-5348 |
| | § | |
| THE HARRIS-GALVESTON SUBSIDENCE DISTRICT, *et al.* | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The parties have stipulated to an extension of time for the plaintiff to file his response in opposition to the defendants' motion to dismiss. (Docket Entry No. 26). The motion is granted. The plaintiff's response is deemed timely filed as of October 14, 2026. The plaintiff's motion for an extension of time, (Docket Entry No. 23), is moot. The defendants' deadline to file a reply in support of the motion for dismiss is extended to October 23, 2026.

SIGNED on October 15, 2026, at Houston, Texas.

Lee H. Rosenthal

Lee H. Rosenthal
Senior United States District Judge