United States District Court
Southern District of Texas
**ENTERED**
October 24, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KAWA FOAD, Esq.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.: 4:26-cv-005348** |
| | § | |
| **THE HARRIS-GALVESTON** | § | |
| **SUBSIDENCE DISTRICT; et al.,** | § | |
| **Defendants.** | § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED JOINT MOTION TO STAY DISCOVERY AND ENTRY OF A JOINT DISCOVERY/CASE MANAGEMENT PLAN AND RULE 16 SCHEDULING ORDER**

Defendants Graves, Dougherty, Hearon & Moody, PC, Natasha J. Martin, Esq., Bobby M Salehi, Esq., Helen Steward Truscott, Esq., Lori J. Robinson, Esq., Gunnar P. Seaquist, Esq., and Bickerstaff Heath Delgado Acosta, LLP, filed an Unopposed Joint Motion to Stay Discovery and Entry of a Joint Discovery Case Management Plan and Rule 16 Scheduling Order. (Docket Entry No. 19). The motion is granted. The court orders that discovery in this case is stayed and that the court's order for pre-trial work, and Rule 16 Scheduling Order Conference are vacated until further order of this court.

SIGNED on this 24th day of October, 2026.

Lee H. Rosenthal

Hon. Lee H. Rosenthal
Senior United States District Judge