**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Kawa Foad, Esq

v. Case Number: 4:26−cv−05348

The Harris−Galveston Subsidence District,
et al.

---

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Motion Hearing set for 11/6/2026 at 02:00 PM before Judge Lee H Rosenthal, by video.

Date: October 24, 2026

Nathan Ochsner, Clerk
by G. Hassan , Deputy Clerk