UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAWA FOAD, Esq., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action 4:26-cv-005348 |
| | § | |
| THE HARRIS-GALVESTON SUBSIDENCE DISTRICT, et al, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Please note that Mark A. Stahl of Graves, Dougherty, Hearon & Moody, P.C., 401 Congress Avenue, Suite 2700, Austin, Texas 78701, is appearing as counsel for Defendants Graves Dougherty Hearon & Moody, P.C., Natasha J. Martin, and Bobby M. Salehi in this proceeding. Please serve copies of all pleadings, motions, discovery, correspondence, and other papers in this matter on Mark A. Stahl at the address listed below.

[Signature block on following page.]

Respectfully submitted,

By: */s/ Mark A. Stahl*
Peter D. Kennedy
Attorney-in-Charge
Texas Bar No. 11296650
SDTX Bar Number 17987
pkennedy@gdhm.com
Mark A. Stahl
Texas Bar No. 24125420
SDTX Bar No. 3778084
mstahl@gdhm.com
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
(512) 480-5764
(512) 480-9908 (Fax)

**Attorneys for Defendants**
**Graves, Dougherty, Hearon & Moody, P.C., Natasha J. Martin, and Bobby M. Salehi**

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2026, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all registered parties, including:

Kawa Foad
KF Law
1000 Brickell Ave., Suite 715
Miami, Florida 33131
***Plaintiff pro se***

*/s/ Mark A. Stahl*
Mark A. Stahl